IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U-HAUL CO. OF CALIFORNIA<br>*Petitioner* | : | CIVIL ACTION |
| | : | |
| | : | NO. 14-3018 |
| v. | : | |
| | : | |
| GARY WILLIAMS and<br>NINA WILLIAMS, h/w | : | |
| *Respondents* | : | |

# O R D E R

**AND NOW,** this 5th day of November 2014, upon consideration of Petitioner's amended petition to compel arbitration, [ECF 2], Respondents' amended motion to dismiss to dismiss the petition to compel arbitration filed pursuant to Federal Rule of Civil Procedure 12(b)(6), [ECF 6], Petitioner's response in opposition thereto, [ECF 14], and Respondents' reply, [ECF 19], it is hereby **ORDERED**, consistent with the accompanying memorandum opinion filed on this day, that this Court lacks subject matter jurisdiction and, therefore, Petitioner's amended petition to compel arbitration is **DISMISSED**. Consequently, Respondents' motion to dismiss the petition to compel arbitration is **DENIED**, as **MOOT**. The Clerk of Court is directed to close this matter.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.